ORIENT MERCHANDISE CO., LTD., Respondent, v. HILLS BROS. CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

NATIONAL GUM AND MICA COMPANY, Appellant, v. GENERAL COMMERCIAL COMPANY, LTD., OF UNITED STATES, Respondent.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

THE PUBLIC NATIONAL BANK OF NEW YORK, Respondent, v. MORTIMER H. REISS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

WILLIAM H. HULICK and Others, Appellants, v. PETROLEUM CORPORATION OF AMERICA and Others, Respondents, Impleaded with ALWYN BALL, JR,, and Others, Defendants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

WILLIAM H. HULICK and Others, Appellants, v. PETROLEUM CORPORATION OF AMERICA and Others, Respondents, Impleaded with ALWYN BALL, JR., and Others, Defendants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

NEMOURS TRADING CORPORATION, Appellant, v. ALFRED C. GAUNT, Doing Business under the Name and Style of ALFRED C. GAUNT & COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the ground that the action is *ex contractu* and, therefore, properly referable. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

WILLIAM B. MAY and Others v. GERTRUDE DERMONT.— Application denied, without costs. Order signed. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

LOUIS DAVIDSON v. NATHAN BENDER.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

WARREN PRODUCTS CO., INC., v. BUSH, BEACH & GENT, INC.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

SOLOMON SILBERSTEIN and Others v. ISAAC MITTELMAN and Others.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

LOUIS LEFKOWITZ v. STEPHEN RANSOM and Others.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

ISAAC LEON, as Administrator, v. MURAD TAWILL and Others.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TURNER CONSTRUCTION